UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLEY JOHNSON,<br><br>  Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No.  CV-12-3060-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The decision of the Commissioner denying benefits is **reversed** and the case is **remanded** to the ALJ for an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED: January 28, 2014

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Penny Lamb*
                                    Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE